SARAH S. BROOKS (SBN 266292)
JONATHAN L. KO (SBN 321827)
VENABLE LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
SSBrooks@Venable.com
JLKo@Venable.com

*Attorneys for Plaintiff Anoxia Medical Inc.*

JAMES W. HILL (SBN 200920)
FISHERBROYLES, LLP
145 S. Fairfax Ave., Floor 2
Los Angeles, CA 90036
Telephone: 424.285.0188
james.hill@fisherbroyles.com

RICHARD M. LEHRER (NY SBN 2601235)
361 Pharr Rd NE, Unit 113
Atlanta, GA 30305
Telephone (845) 519-9525
Richard.lehrer@fisherbroyles.com

*Attorneys for Defendant Alembic, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Anoxia Medical Inc., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> Alembic, LLC, <br><br> Defendant/Counter-Plaintiff. | Case No. 5:25-cv-05690 – EKL <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civil L.R. 7-1(a)(5) and 7-12, Plaintiff Anoxia Medical, Inc. and Defendant Alembic, LLC stipulate and agree to dismissal with prejudice of this action and all associated claims, counterclaims, and defenses, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: March 31, 2026

**VENABLE LLP**

By: ___/s/ *Sarah S. Brooks*___
SARAH S. BROOKS (SBN 266292)
JONATHAN L. KO (SBN 321827)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
SSBrooks@Venable.com
JLKo@Venable.com

*Attorneys for Plaintiff Anoxia Medical Inc.*

**FISHERBROYLES, LLP**

By: ___/s/ *James W. Hill*___
JAMES W. HILL (SBN 200920)
145 S. Fairfax Ave., Floor 2
Los Angeles, CA 90036
Telephone: 424.285.0188
james.hill@fisherbroyles.com

RICHARD M. LEHRER (NY SBN 2601235)
361 Pharr Rd NE, Unit 113
Atlanta, GA 30305
Telephone (845) 519-9525
Richard.lehrer@fisherbroyles.com

*Attorneys for Defendant Alembic, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ___March 31, 2026___    _____
Honorable Eumi K. Lee
United States District Court Judge

1

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 31, 2026

/s/ *Sarah S. Brooks*
Sarah S. Brooks

2